**Order entered April 24, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00328-CV

## THE ESTATE OF JOHNETTA PATRICE MORGAN, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-02866-3**

## ORDER

Before the Court is the April 22, 2020 request of Deputy Clerk Trinidad Pimentel for an extension of time to file the clerk's record. We **GRANT** the request and extend the time to May 22, 2020.

> /s/     ERIN A. NOWELL
> JUSTICE